UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:09-MJ-1245

IN RE: SEARCH WARRANT )
ISSUED FOR A GOOGLE EMAIL ) ORDER TO UNSEAL SEARCH
ADDRESS ) WARRANT

Upon motion of the United States, it is hereby ORDERED that the search warrant and affidavit in the above-captioned matter be hereby UNSEALED.

So ORDERED, this **28** day of February, 2013

_____
The Honorable Robert B. Jones, Jr.
United States Magistrate Judge